IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 1:21-cv-00976-RBJ

In Re: SPRINGS MEDICAL ASSOCIATES P.C., a Colorado professional corporation a/k/a Springs Medical Associates, Inc.,

    Debtor.

T. EDWARD WILLIAMS,

    Appellant.

## ORDER

The Court has reviewed the pleadings filed to date. It is clear that if the appellant had devoted one-tenth of the time and effort to responding in a professional way to the requirements of the bankruptcy court that he has now devoted to the preparation of an excessively long brief, this appeal would never have been necessary. No court enjoys finding individuals in contempt, but there comes a time when an individual's negligence, or arrogance, or lack of professionalism, whatever the case might be, gets to be too much. It appears that if the appellant had either participated in the telephonic scheduling conference set by the bankruptcy court of March 4, 2021 or provided an explanation for his inability to participate, that conference would have been rescheduled, and the present problem would have been avoided. If the appellant had taken advantage of the opportunity the court provided to purge himself of contempt, the present problem would have been avoided. Nevertheless, this Court finds that the better practice would

have been the issuance of an order to show cause as to why appellant should not be held in contempt with an opportunity to demonstrate such cause at an evidentiary hearing before a civil contempt finding was made and a monetary sanction imposed.  Accordingly, the Court sua sponte remands the case to the bankruptcy court to hold an evidentiary hearing at which time the appellant will have a an opportunity to show cause, if he can, as to why he should not be held in contempt and sanctioned.   The Emergency Motion to Stay Contempt Order at ECF No. 5 is granted.

DATED this day of 14th day of April, 2021.

BY THE COURT:

*[signature: Brooke Jackson]*

_____

R. Brooke Jackson
United States District Judge